IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY RAY THOMPSON,            :
            Plaintiff,           :
      v.                         :   Case No. 3:09-cv-138-AJS-KAP
UNITED STATES OF AMERICA,        :
JUDGE KIM GIBSON and MAGISTRATE  :
JUDGE CATHY BISSOON,             :
            Defendants           :

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A.
Pesto for pretrial proceedings in accordance with the Magistrates
Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule
72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation
on June 1, 2009, docket no. 2, recommending that the matter be
dismissed for failure to state a claim.

Plaintiff was notified that, pursuant to 28 U.S.C.§
636(b)(1), he had ten days to file written objections to the Report
and Recommendation. Plaintiff was also advised that to proceed he
must authorize payment of the filing fee under the Prison
Litigation Reform Act. Plaintiff has neither filed objections nor
returned his Authorization, and the time to do so has expired.

After review of the record of this matter and the Report
and Recommendation, the following order is entered:

AND NOW, this 24th day of June, 2009, it is

ORDERED that the complaint is dismissed for failure to

prosecute.   The Clerk shall mark this matter closed.

BY THE COURT:

ARTHUR J. SCHWAB,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Anthony Ray Thompson GQ-6082
S.C.I. Albion
10745 Route #18
Albion, PA 16475-0001